TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

# COMMONWEALTH OF MASSACHUSETTS

**HAMPDEN, ss**

**SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO.**

__Jorge Baez_____, PLAINTIFF(S)

V.                                          SUMMONS

__Baymark Detoxification Services, Inc.__, DEFENDANT(S)

To the above named defendant: Baymark Detoxification Services, Inc. c/o C T Corporation System, 155 Federal Street, Suite 700, Boston, MA 02110

You are hereby summoned and required to serve upon __Tani E. Sapirstein__, plaintiff's attorney, whose address is 1500 Main St., Suite 2504, P.O. Box 15408, Spfld, MA 01115 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Heidi E. Brieger, Esq., at Springfield the _____ day of _____ in the year of our Lord two thousand

Laura S. Gentile, Esquire
CLERK OF COURTS

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

A true copy Attest:
12-15-21 Deputy Sheriff Suffolk County

NOTICE TO DEFENDANT – You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20___, I served a copy of the within summons, together with a copy of the complaint, in this action, upon the within named defendant, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5):

_____

_____

_____

_____

Dated: _____, 20___

N.B. TO PROCESS SERVER:
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

(                              )
(                    , 20     )
(                              )

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT

HAMPDEN, ss.                                    SUPERIOR COURT
                                                CIVIL ACTION NO.:

JORGE BAEZ                          )
                                    )
            Plaintiff               )
                                    )
v.                                  )
                                    )
BAYMARK DETOXIFICATION              )
SERVICES, INC.                      )
                                    )
            Defendant               )

## COMPLAINT

### INTRODUCTION

The Plaintiff, Jorge Baez ("Baez") was employed by Health Care Resource Center, the predecessor to the Defendant, BayMark Detoxification Services, Inc. (Defendant") from August 1997 until his involuntary termination in November, 2020. Baez was employed in the position of Counselor in the Methadone Clinic. Prior to commencing his employment with the Defendant, Baez had been involved in an accident as a result of which he lost his leg.

In February, 2020 Baez was diagnosed with cellulitis, as a result of which Baez was susceptible to possible infection. Baez repeatedly requested an accommodation that he be permitted to work from home. Shortly after requesting an accommodation, Defendant terminated Baez' employment.

### FACTS

1.  Jorge Baez is an individual with a residence at 89 Brightwood Avenue, Springfield, Hampden County, Massachusetts. ("Baez")

2.  The Defendant, BayMark Detoxification Services, Inc. is a foreign corporation authorized to do business in Massachusetts, with a local address at 628 Center Street, Chicopee, Hampden County, Massachusetts. ("Defendant")

3.    In 1982, Baez lost his leg as a result of an accident.

4.    In 1997, Baez was hired by Defendant's predecessor as a counselor.

5.    In 2020, Baez was diagnosed with cellulitis. As a result of this diagnosis and a resulting wound, Baez was susceptible to infection.

6.    As the Defendant was not observing appropriate COVID protocols Baez requested the accommodation of working remotely in order to avoid infection.

7.    Baez was permitted to work remotely for a period of time but then was requested to return to work.

8.    Starting in June, 2020 Baez began to work from the office as required by Defendant.

9.    In October, 2020 Baez was provided with the paperwork for an accommodation request.

10.   Defendant terminated Baez' employment on November 10, 2020.

11.   Defendant did not initially provide a reason for the termination.

12.   Defendant failed to engage in the mandatory interactive process.

13.   Baez filed a charge of discrimination with the Massachusetts Commission Against Discrimination on January 20, 2021.

14.   Baez received the dismissal in July, 2021.

15.   Defendant discriminated against Baez on the basis of disability.

## COUNT I
## DISCRIMINATION BASED ON HANDICAP
## G.L. ch.151B § 16

16. The facts alleged in Paragraphs 1 through 15 are hereby repeated, realleged and reasserted as if fully set forth herein.

17. The conduct of Defendant constitutes discrimination against Baez in violation of G.L. ch. 151B § 16 as at all relevant times, Baez was capable of performing the essential functions of his position with or without reasonable accommodation. In addition, Defendant failed to engage in the interactive process.

18. As a result of the discriminatory conduct, Baez sustained and continues to sustain damages including but not limited to lost wages, anticipated loss of front pay, and emotional distress.

## COUNT II
## RETALIATION
## G.L. ch.151B § 4A

19. The facts alleged in Paragraphs 1 through 18 are repeated, realleged and reasserted as if fully set forth herein.

20. Baez engaged in a protected activity by requesting a reasonable accommodation and attempting to engage in the interactive process.

21. Defendant retaliated against Baez by taking adverse employment actions including but not limited to terminating his employment.

22. As a result of Defendant's retaliatory conduct Baez sustained and continues to sustain damages including but not limited to lost wages, front pay and emotional distress.

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS SO TRIABLE.

WHEREFORE, Jorge Baez requests that this Honorable Court:

1. Enter judgment in his favor on each Count of the Complaint;

2. Award compensatory damages for back pay, front pay and emotional distress;

3. Award punitive damages;

4. Award reasonable attorney's fees and costs; and

5. Award such other relief as deemed appropriate by this Court.

Respectfully submitted,

THE PLAINTIFF,
Jorge Baez,
By his attorney,

Tani E. Sapirstein, Esq.
BBO No. 236850
SAPIRSTEIN & SAPIRSTEIN, P.C.
1500 Main St., Suite 2504
P.O. Box 15408
Springfield, MA 01115-5408
Tel. (413) 827-7500
Fax (413) 827-7797
Email: Tani@sandslaw.com

Dated: November 23, 2021

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| | | COUNTY  Hampden |

| Plaintiff: Jorge Baez | Defendant: Baymark Detoxification Services Inc. |
|---|---|
| ADDRESS: 89 Brightwood Avenue Springfield, MA 01107 | ADDRESS: 628 Center Street Chicopee, MA |
| Plaintiff Attorney: Tani E. Sapirstein | Defendant Attorney: |
| ADDRESS: 1500 Main Street, Suite 2504 P.O. Box 15408 Springfield, MA 01115-5408 | ADDRESS: |
| BBO: 236850 | BBO: |

**TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B22 | Employment Discrimination | F | [X] YES  [ ] NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?  [ ] YES  [ ] NO
Is there a class action under Mass. R. Civ. P. 23?  [ ] YES  [ ] NO

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

A. Documented medical expenses to date
 1. Total hospital expenses
 2. Total doctor expenses
 3. Total chiropractic expenses
 4. Total physical therapy expenses
 5. Total other expenses (describe below)

Subtotal (1-5): $0.00

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below)

TOTAL (A-F): In excess of $50,000.00

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

Plaintiff lost wages due to Defendant's discriminatory and retaliatory conduct and also seeks damages for emotional distress  **CONTRACT CLAIMS** and punitive damages.

[ ] This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Unrepresented Plaintiff: X          Date:

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney/Unrepresented Plaintiff: X          Date: 11/23/21

SC0001, 1/22/2021          www.mass.gov/courts          Date/Time Printed:08-13-2021 10:26:23

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2179CV00605 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Baez, Jorge vs. Baymark Detoxification Services Inc. | | Laura S Gentile, Clerk of Courts |
| TO: Tani E Sapirstein, Esq. Sapirstein and Sapirstein, P.C. 1500 Main St Suite 2504 P O Box 15408 Springfield, MA 01115 | | COURT NAME & ADDRESS Hampden County Superior Court Hall of Justice - 50 State Street P.O. Box 559 Springfield, MA 01102 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                                        DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 02/22/2022 | |
| Response to the complaint filed (also see MRCP 12) | | 03/23/2022 | |
| All motions under MRCP 12, 19, and 20 | 03/23/2022 | 04/22/2022 | 05/23/2022 |
| All motions under MRCP 15 | 03/23/2022 | 04/22/2022 | 05/23/2022 |
| All discovery requests and depositions served and non-expert depositions completed | 09/19/2022 | | |
| All motions under MRCP 56 | 10/19/2022 | 11/18/2022 | |
| Final pre-trial conference held and/or firm trial date set | | | 03/20/2023 |
| Case shall be resolved and judgment shall issue by | | | 11/23/2023 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time. Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service. This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 11/24/2021 | Edward Partyka | (413)735-6017 |

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

## COMMONWEALTH OF MASSACHUSETTS

**HAMPDEN, ss**

**SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO.**

Jorge Baez , PLAINTIFF(S)

V.                                                    SUMMONS

Baymark Detoxification Services, Inc., DEFENDANT(S)

To the above named defendant: Baymark Detoxification Services, Inc. c/o C T Corporation System, 155 Federal Street, Suite 700, Boston, MA 02110

You are hereby summoned and required to serve upon Tani E. Sapirstein, plaintiff's attorney, whose address is 1500 Main St., Suite 2504, P.O. Box 15408, Spfld, MA 01115 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Heidi E. Brieger, Esq., at Springfield the _____ day of _____ in the year of our Lord two thousand

*(signature)*

Laura S. Gentile, Esquire
CLERK OF COURTS

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

*[Left margin: NOTICE TO DEFENDANT – You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.]*

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO.

_Jorge Baez_____, PLAINTIFF(S)

V.

SUMMONS

_Baymark Detoxification Services, Inc._, DEFENDANT(S)

To the above named defendant: Baymark Detoxification Services, Inc. c/o C T Corporation System, 155 Federal Street, Suite 700, Boston, MA 02110

You are hereby summoned and required to serve upon __Tani E. Sapirstein__, plaintiff's attorney, whose address is _1500 Main St., Suite 2504, P.O. Box 15408, Spfld, MA 01115_ an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Heidi E. Brieger, Esq., at Springfield the _____ day of _____ in the year of our Lord two thousand

Laura S. Gentile, Esquire
CLERK OF COURTS

NOTICE TO DEFENDANT – You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1