# United States Court of Appeals
## For the First Circuit

Nos. 24-1171, 24-1490

JORGE BAEZ,

Plaintiff, Appellant,

v.

BAYMARK DETOXIFICATION SERVICES, INC.,

Defendant, Appellee.

**JUDGMENT**

Entered: December 12, 2024

    This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The rulings of the district court are affirmed. Costs are awarded to Baymark Detoxification Services, Inc.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Tani E. Sapirstein, Richard S. Loftus Jr., Samuel R. Gates